Joseph H. Harrington
United States Attorney
Eastern District of Washington
Scott T. Jones
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 2 7 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS TYLER HUNTER,<br><br>Defendant. | 2:16-CR-00190-SMJ<br><br>**Pretrial Diversion Agreement** |

Plaintiff, United States of America, by and through Joseph H. Harrington, United States Attorney for the Eastern District of Washington, and Scott T. Jones, Assistant United States Attorney for the Eastern District of Washington, and Defendant NICHOLAS TYLER HUNTER and Defendant's counsel, Colin Prince, agree to the following Pretrial Diversion Agreement:

**PRETRIAL DIVERSION AGREEMENT**

1. The Grand Jury alleges in an Indictment returned on November 15, 2016 that Defendant committed the following offense against the United States in the Eastern District of Washington: Assault on a Federal Employee Resulting in Bodily Injury, in violation of 18 U.S.C. § 111(a), (b).

2. On the authority of the United States, prosecution in the Eastern District of Washington for the offense alleged in the Indictment (ECF No. 1) shall be deferred for a period of 12 months from the date of the filing of this Pre-Trial Diversion

Agreement, provided Defendant Nicholas Tyler Hunter abides by the following conditions and the requirements of the Pre-Trial Diversion program set out below in this Pre-Trial Diversion Agreement.

3. The United States may release Defendant Nicholas Tyler Hunter from this agreement at any time. The United States may at any time within the period of Defendant Nicholas Tyler Hunter's deferral reinitiate prosecution for the offense alleged in the Indictment (ECF No. 1) should Defendant Nicholas Tyler Hunter violate the conditions of this Pre-Trial Diversion Agreement. In that event, the United States will furnish Defendant Nicholas Tyler Hunter with notice specifying the conditions of the Pre-Trial Diversion Agreement that he violated. Defendant Nicholas Tyler Hunter agrees that the determination of whether the Defendant has violated the terms of this Pre-Trial Diversion Agreement shall be made by the Court.

4. If, upon successful completion of the terms set forth in this Pre-Trial Diversion Agreement, the United States will move to dismiss, with prejudice, the Indictment in this matter at ECF No. 1.

5. This Pre-Trial Diversion Agreement will not be used against the Defendant, Nicholas Tyler Hunter, in connection with any prosecution for the above-described offense.

6. The following conditions apply:

   a. Defendant Nicholas Tyler Hunter shall not commit a violation of any law (federal, state and local). This condition shall not apply to infractions. Defendant Nicholas Tyler Hunter shall immediately contact his Pre-Trial Diversion supervisor if arrested and/or questioned by any law enforcement officer.

   b. If the Defendant desires to move out of the District, he shall obtain permission from his diversion supervisor so that the appropriate transfer of program responsibility can be made prior to his relocation.

c. Defendant Nicholas Tyler Hunter shall report any change of residence to U.S. Probation/Pretrial Services.

d. Defendant Nicholas Tyler Hunter shall obtain and comply with any treatment recommendations made by a licensed psychiatrist, specifically including taking any prescribed medications as directed.

e. Other than the contacts with U.S. Probation/Pretrial Services as described above, Defendant Nicholas Tyler Hunter shall be unsupervised by the agency during the period of deferred prosecution. U.S. Probation/Pretrial Services will run a criminal record check of Defendant quarterly, and will inform the United States, defense counsel, and the Court if Defendant has violated any law.

f. Defendant Nicholas Tyler Hunter agrees to waive all time-based challenges to prosecution, including but not limited to those related to the Speedy Trial Act.

g. Defendant Nicholas Tyler Hunter agrees to hold all law enforcement and the United States, its agents, and its employees, and J.C.[1] harmless from any claims whatsoever arising in connection with the prosecution, investigation, and resolution of *United States v. Nicholas Tyler Hunter*, 2:16-CR-190-SMJ.

Joseph H. Harrington
United States Attorney

_____   9/27/16
Scott T. Jones                            DATE
Assistant United States Attorney

---

[1] The alleged victim of the assault, identified by name in documents provided to the defense.

Deferred Prosecution Agreement - 3

## REQUEST FOR PRE-TRIAL DIVERSION BY NICHOLAS TYLER HUNTER

I, Nicholas Tyler Hunter, assert and certify that I am aware of the fact that the Sixth Amendment to the Constitution of the United States provides that in all criminal prosecutions the accused shall enjoy the right to a speedy and public trial. I also am aware that Rule 48(b) of the Federal Rules of Criminal Procedure provides that the Court may dismiss an Indictment, Information, or Complaint for unnecessary delay in presenting a charge to the Grand Jury, filing an Information, or in bringing a defendant to trial. I hereby request that the United States Attorney for the Eastern District of Washington defer any prosecution of me for a period of 12 months, for the following violations alleged in the Indictment returned in this matter on November 15, 2016, ECF No. 1, charging me with Assault on a Federal Employee Resulting in Bodily Injury, in violation of Title 18 U.S.C. § 111(a), (b).

To induce the United States Attorney for the Eastern District of Washington to defer such prosecution, I, Nicholas Tyler Hunter, agree and consent that any delay from the date of this Agreement to the date of the initiation of the prosecution, as provided for in the terms expressed herein, shall be deemed to be a necessary delay at my request and I waive any defense to such prosecution on the ground that such delay operated to deny my rights under Rule 48(b) of the Federal Rules of Criminal Procedure and the Sixth Amendment to the Constitution of the United States to a speedy trial or to bar the prosecution by reason of the running of the statute of limitations for the effective period of this Diversion Agreement. I, Nicholas Tyler Hunter, also agree to all of the terms and conditions set forth in this Pre-Trial Diversion Agreement.

I hereby state that the above has been read by me and explained to me by my attorney. I understand the conditions of my Pre-Trial Diversion and agree that I will comply with them.

_[signature]_     x 9/27/18
Nicholas Tyler Hunter     DATE

_[signature]_     9/27/18
Colin Prince     DATE
Attorney for Nicholas Tyler Hunter

APPROVED without passing judgment on the merits or wisdom of this diversion.

_[signature]_     9/27/18
Salvador Mendoza, Jr.     DATE
United States District Court Judge