FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 14, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS T. HUNTER,<br><br>Defendant. | No. 2:16-cr-00190-SMJ<br><br>**ORDER GRANTING MOTION TO DISMISS** |

Before the Court, without oral argument, is the Government's Motion for Order of Dismissal With Prejudice, ECF No. 61. As the result of Defendant's successful completion of the terms set forth in the Pretrial Diversion Agreement, ECF No. 58, the Government seeks the Court's leave to dismiss the Indictment, ECF No. 1, with prejudice as to Defendant Nicholas T. Hunter pursuant to Federal Rule of Criminal Procedure 48(a). Having reviewed the filings in connection with the motion, the Court grants the Government leave to dismiss the Indictment. The Court makes no judgment as to the merit or wisdom of this dismissal.

//

//

//

ORDER GRANTING MOTION TO DISMISS - 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The Government's Motion for Order of Dismissal With Prejudice, **ECF No. 61**, is **GRANTED**.

2. The Indictment, **ECF No. 1**, is **DISMISSED WITH PREJUDICE** as to Defendant Nicholas T. Hunter.

3. All hearings are **STRICKEN**, and all pending motions are **DENIED AS MOOT**.

4. The U.S. Marshals Service **SHALL NOT HOLD** Defendant Nicholas T. Hunter in its custody in connection with this matter.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this 14th day of November 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge